# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FLORA LUNSFORD**                                                                            **PLAINTIFF**

**v.**                              **5:08CV00285 JMM/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                          **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the objections received from the parties, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.[1]

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 5th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See Local Rule 72.1.